IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00475-DDD-KMT

REYES MARTINEZ LOPEZ,

      Plaintiff,

v.

SANTINO PUSEDU, in his individual capacity, and
KIRK TAYLOR, individually and in his official capacity as Pueblo County Sheriff,

      Defendants.

---

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO IMMEDIATELY RESTRICT DOC. 51 PURSUANT TO D.C.COLO.LCivR 7.2 (c)

---

Defendants, SANTINO PUSEDU, in his individual capacity, and KIRK TAYLOR, individually and in his official capacity as Pueblo County Sheriff, submit the following Motion for Leave to Immediately Restrict DOC. 51 pursuant to D.C.COLO.LCivR 7.2(c) and as grounds for the same, state as follows:

### CERTIFICATE OF CONFERRAL

Counsel for Defendants has conferred with Plaintiff's counsel regarding this motion and Plaintiff does not oppose the same.

### MOTION

1.      Plaintiff's filed a Motion to Compel Discovery on September 10, 2020 under Level 1 Restriction. That Motion to Compel Discovery also contained an exhibit, also filed under Level 1 Restriction [DOC 51].

2.      Plaintiff's Motion to Compel Discovery contains the names and identities of individuals who were protected under domestic violence orders.   Plaintiff's Motion to Compel Discovery also contains the names, identities and descriptions of individuals not subject of this litigation.

3.      The exhibits attached to Plaintiff's Motion to Compel Discovery contain confidential information that includes identifying individuals and documents that are confidential and sensitive in nature, identifying victims who are protected under Protection Orders, personal and confidential employment records of Defendant Pusedu, documents produced through discovery that are subject of the Protective Order entered herein, and communications between counsel that are not subject to discovery, video, and documents marked Confidential pursuant to the protective order entered herein.

4.      On October 6, 2020, this Court submitted notice of unrestricting Plaintiff's September 10, 2020, Motion to Compel Discovery and exhibit thereto.

5.      These documents contain confidential, private and sensitive information. Public access to the same could cause embarrassment, emotional distress, potential for physical harm and threats against individuals identified in those documents, to include citizens and law enforcement.

6.      There is no practicable alternative to restriction as both the Motion to Compel Discovery and exhibits thereto contain confidential, private and sensitive information involving individuals and victims which far outweigh the interest to the public.  Redactions and/or summarizing will not adequately protect the interest in question.

7.     Defendants will be submitting a response to the Motion to Compel Discovery

and said response will also be filed under Restricted Level 1.

8.     Defendants respectfully request that a Restricted Level 1 remain on Plaintiff's

Motion to Compel and the exhibit thereto [DOC 51].

Respectfully submitted,

Date:  October 8, 2020                    s/ Gordon L. Vaughan

Gordon L. Vaughan
     VAUGHAN & DeMURO
     111 South Tejon, Suite 545
     Colorado Springs, CO 80903
     (719) 578-5500 (phone)
     (719) 578-5504 (fax)
     gvaughan@vaughandemuro.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Richard H. Rosenstock**
richard.rosenstock@gmail.com

**Daniel Yohalem**
dyohalem@aol.com

**Brandt P. Milstein**
brandt@milsteinlawoffice.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]                                    s/ Gordon L. Vaughan
                                          Gordon L. Vaughan